UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  6:14-cr-27-Orl-36DAB

MATTHEW STEVEN HOWARD

_____

ORDER

Pending before the Court is Defendant Matthew Steven Howard's Unopposed Second Motion to Amend Conditions of Release (Doc. 25). Defendant seeks leave of Court to engage in a job search and maintain employment obtained as a result of that search. Defendant represents that the Government and Pretrial Services do not oppose the motion. Upon due consideration, the motion is GRANTED. Defendant's conditions or pretrial release are modified to permit him to leave his residence to seek employment and, if hired, to perform work. When Defendant leaves his residence, where he goes, what he does, and when he will return to his residence must all be approved in advance by Pretrial Services.

DONE AND ORDERED in Orlando, Florida, on April 11, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

All Counsel
Defendant
Pretrial Services